**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 24−42880−KLT

Charles Joseph Gawenda, Chapter 7

Debtor(s).

---

# ORDER REGARDING CERTIFICATE OF FINANCIAL−MANAGEMENT COURSE COMPLETION

---

Under Fed. R. Bankr. P. 4004(c)(1)(H), individual debtors in chapter 7, 11, and 13 cases must complete an approved financial−management course to receive a discharge. As of the date of this order, the debtor(s) has not filed the required Certificate of Financial−Management Course Completion.

**IT IS THEREFORE ORDERED:**

1. The debtor(s) must file a Certificate of Financial−Management Course Completion within 14 days of the date of this order.

2. Failure to timely file the Certificate of Financial−Management Course Completion will result in the case being closed without a discharge.

3. The clerk must provide notice of this order to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 1/22/25

Kesha L Tanabe
United States Bankruptcy Judge

**mnbofmc** 12/24

United States Bankruptcy Court

District of Minnesota

In re: Case No. 24-42880-KLT
Charles Joseph Gawenda Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 1
Date Rcvd: Jan 22, 2025 Form ID: mnbofmc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Charles Joseph Gawenda, 11140 Gettysburg Ave N, Champlin, MN 55316-3106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Michael Sheridan | on behalf of Debtor 1 Charles Joseph Gawenda msheridan@atlasfirm.com 5214@notices.nextchapterbk.com;courtnotices@atlasfirm.com |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4