**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Charles Joseph Gawenda

Case No: 24−42880 − KLT

Debtor(s)

Chapter 7 Case

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing Charles Joseph Gawenda was entered on 1/22/25.

Dated: 1/22/25

Tricia Pepin
Clerk, United States Bankruptcy Court

By: Alicia
Deputy Clerk

United States Bankruptcy Court
District of Minnesota

In re: Charles Joseph Gawenda
Debtor

Case No. 24-42880-KLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4 | User: admin | Page 1 of 2
Date Rcvd: Jan 22, 2025 | Form ID: ntcdsm | Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Charles Joseph Gawenda, 11140 Gettysburg Ave N, Champlin, MN 55316-3106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63263407 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 21:41:18 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 63263408 | | EDI: JPMORGANCHASE | Jan 23 2025 02:22:00 | Jpmcb Card, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 63263409 | + | Email/PDF: ebnotices@pnmac.com | Jan 22 2025 21:30:25 | Pennymac, P O Box 514387, Los Angeles, CA 90051-4387 |
| 63263410 | + | EDI: WTRRNBANK.COM | Jan 23 2025 02:22:00 | Target/Td, Po Box 673, Minneapolis, MN 55440-0673 |
| 63263412 | | EDI: USBANKARS.COM | Jan 23 2025 02:22:00 | Us Bank, Po Box 5227, Cincinnati, OH 45201 |
| 63263411 | + | EDI: CITICORP | Jan 23 2025 02:22:00 | Unvl/Citi, P.O. Box 44167, Jacksonville, FL 32231-4167 |
| 63263413 | + | EDI: WFFC2 | Jan 23 2025 02:22:00 | Wells Fargo, PO Box 29704, Phoenix, AZ 85038-9704 |
| 63263414 | + | Email/Text: bkfilings@zwickerpc.com | Jan 22 2025 21:21:00 | Zwicker & Associates, 3050 Metro Dr., Suite 115, Bloomington, MN 55425-1678 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael Sheridan | on behalf of Debtor 1 Charles Joseph Gawenda msheridan@atlasfirm.com 5214@notices.nextchapterbk.com;courtnotices@atlasfirm.com |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |
| Sarah J Wencil | on behalf of U.S. Trustee US Trustee Sarah.J.Wencil@usdoj.gov |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4